## Second Department, June, 1930.

Barnet Rifkin, Respondent, v. Ed Zit Holding Corporation, Appellant.— Motion for stay granted upon condition that appellant furnish an undertaking, with corporate surety, in the sum of $1,000, to the effect set forth in section 598 of the Civil Practice Act, and that the appeal from the order be perfected and brought on for argument on Friday, June 13, 1930; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of Arthur M. Boal for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of Simeon Hyde, Jr., for Admission to the Bar. (From the State of South Carolina.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of Aaron J. Schanfarber for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Florence Arbuckle, Appellant, v. Mary L. Doody and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that an appropriate stipulation be made with reference to sales and leases of the real property, so as to avoid the effect of the *lis pendens;* otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ. Settle order on notice.

Frank Arnedos, Respondent, v. Anthony Petrino, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Associated Screen News, Inc., Respondent, v. William K. Hedwig, Appellant, and Others, Defendants.— Motion to extend time for application for leave to appeal granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

Charles D. Beckwith, Appellant, v. City of New Rochelle and Others, Respondents.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.